**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02772-KAS

DEMETRIO ALDABA CHAVEZ,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center,
GEORGE VALDEZ, in his official capacity as Field Office Director of the Aurora Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement,
DAVID J. VENTURELLA, in his official capacity as Acting Director of Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Orders [ECF 8 and10] entered by United States Magistrate Judge Kathryn A. Starnella on July 7, 2026, and July 17, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED IN PART. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. It is further

ORDERED that, pursuant to 28 U.S.C. § 2412(d)(1), Petitioner may, within 30

days of final judgment in the action, submit to the Court an application for fees and other expenses that shows that Petitioner is the prevailing party and is eligible to receive an award under that statutory provision.

This case will be closed.

DATED at Denver, Colorado, this 17th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: ______________________________
H. Guerra, Deputy Clerk