IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02772-KAS

DEMETRIO ALDABA CHAVEZ,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center,
GEORGE VALDEZ, in his official capacity as Field Office Director of the Aurora Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement,
DAVID J. VENTURELLA, in his official capacity as Acting Director, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Petitioner's **Motion to Enforce Order and Order Immediate Release** [#12] (the "Motion to Enforce Order") and Respondents' **Motion for Extension of Time to File Response/Reply as to Motion to Enforce Order and Order Immediate Release** [#14] (the "Motion for Extension of Time").

IT IS HEREBY **ORDERED** that the Motion for Extension of Time [#14] is **GRANTED**. Respondents' deadline to respond to Petitioner's Motion to Enforce [#12] is extended to August 17, 2026. The Court notes that Petitioner's deadline to file a reply regarding the Motion to Enforce [#12] shall be August 31, 2026.

IT IS FURTHER **ORDERED** that a Motion Hearing regarding the Motion to Enforce Order [#12] is SET for **September 10, 2026, at 3:00 p.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Dated: August 11, 2026