IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02772-KAS

DEMETRIO ALDABA CHAVEZ,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center,
GEORGE VALDEZ, in his official capacity as Field Office Director of the Aurora Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement,
DAVID J. VENTURELLA, in his official capacity as Acting Director, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Petitioner's **Motion to Enforce Order and Order Immediate Release** [#12] (the "Motion").

In the Motion [#12], Petitioner argues that his July 14, 2026 bond hearing did not comply with this Court's July 7, 2026 Minute Order [#8] stating that a bond hearing be held with the government bearing "the burden of proving, by clear and convincing evidence, that Petitioner's continued detention is justified." Petitioner states that instead, the Immigration Judge "shifted the burden back onto Petitioner." He argues that he should therefore be immediately released. Respondents affirmatively state that they are not formally opposing the Motion [#12] and acknowledge that as a result, "the Court may . . . decide to grant the Petition and award appropriate relief." *Response to Motion to Enforce* [#17] at 1. The Court finds that under these circumstances, the Motion [#12] may be granted.

The Court further finds that the appropriate relief under the circumstances remains a bond hearing. Although Petitioner again requests immediate release, as he did in his

Petition [#1], this Court notes again that "§ 1226(a) 'does not require release,' but instead 'provides DHS the discretion to grant an alien release on bond[.]" *Kumar v. Lyons*, No. 26-cv-00913-NYW-KAS, 2026 WL 1471424, at *5 (D. Colo. Apr. 3, 2026), *report and recommendation adopted*, 2026 WL 1282807 (D. Colo. May 11, 2026). Finding that Petitioner has not sufficiently alleged any change in his circumstances that would justify the Court revisiting this determination, the Court once more reaches the same conclusion here. However, recognizing the apparent delay in Petitioner receiving a bond hearing that complies with the Court's Minute Order [#8], the Court will order Respondents to release Petitioner immediately if the presiding immigration judge at the forthcoming bond hearing fails to require Respondents to bear the burden of proof by clear and convincing evidence. *Soto-Castro v. Baltazar*, No. 26-cv-02210-KAS, 2026 WL 1579837, at *3 (D. Colo. June 2, 2026) (citing *Kumar*, 2026 WL 1471424 at *5). Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED** in part.

IT IS FURTHER **ORDERED** that Respondents shall provide Petitioner with a new bond hearing **within 7 days of the issuance of this Order**. At the bond hearing, **the Government shall bear the burden of proving, by clear and convincing evidence, that Petitioner's continued detention is justified.** If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, or if the presiding immigration judge continues to fail to apply the burden of proof set forth above, then Petitioner must be immediately released from detention.

IT IS FURTHER **ORDERED** that, **within 10 days of the issuance of this Order**, Respondents shall file a status report concerning (1) the results of any bond hearing that was conducted or, if no hearing was held, the date upon which Petitioner was released from custody; and (2) whether any additional proceedings in this matter are required.

IT IS FURTHER **ORDERED** that, in light of this ruling, the Motion Hearing set for September 10, 2026, at 3:00 p.m. in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 is hereby **VACATED**.

Dated: August 17, 2026