IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02772-KAS

DEMETRIO ALDABA CHAVEZ,

Petitioner,

v.

JUAN BALTAZAR;
GEORGE VALDEZ;
DAVID J. VENTURELLA;
MARKWAYNE MULLIN; and,
TODD BLANCHE

Respondents.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Petitioner's **Second Motion to Enforce Order** [#19] (the "Motion"). In the Motion [#19], Petitioner argues that the Immigration Judge who conducted Petitioner's bond hearing, as ordered by this Court, failed to apply the proper burden of proof.

In their Response [#22], Respondents state that, while not conceding that the Motion [#19] is meritorious, they are "not submitting a brief in opposition to the Motion detailing the facts and circumstances at issue," thereby forfeiting arguments to the contrary.

The undersigned ordered that "the Government shall bear the burden of proving, by clear and convincing evidence, that Petitioner's continued detention is justified." *Minute Order* [#18]. Further, the undersigned ordered that "[i]f Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) *as required herein*, or if the presiding immigration judge continues to fail to apply the burden of proof set forth above, then Petitioner must be immediately released from detention." *Id.* (emphasis added). Respondents fail to address Petitioner's contention that Respondents did not provide Petitioner with a bond hearing that complied with this Court's order. On these facts, the Court concludes that Petitioner is entitled to immediate release. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**.

IT IS FURTHER **ORDERED** that Respondents release Petitioner within one day of the date of this Order under appropriate conditions of supervision.

IT IS FURTHER **ORDERED** that Respondents file a status report to certify compliance **within 7 days of the issuance of this Order**.

Dated: September 18, 2026